```
Form 27 - GENERAL PURPOSE
       MAYERSON & ASSOCIATES
       ATTN:
U.S.SOUTHERN DIST. COURT      NEW YORK   COUNTY
-----------------------------------------------------
                                                        Index No. 07 CIV 9532
R.C.AND S.C.ON BEHALF OF R.C.           plaintiff
                                                        Date Filed  ............
              - against -
                                                        Office No.
CARMEL CENTRAL SCHOOL DISTRICT          defendant
                                                        Court Date:    /  /
-----------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:
```

**TONY DONADIO**     being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
   That on the **14th day of December, 2007** at **09:30 AM.**,                          at
   %MR RONALD WILSON,SUPT.OF SCHOOLS-CARMEL CENTRAL
   SCHOOL DIST.81 SOUTH ST,PO BOX 296,PATTERSON,NY 12
I served a true copy of the
   **SUMMONS AND COMPLAINT**
   **JUDGES RULES**

upon **CARMEL CENTRAL SCHOOL DISTRICT**
**the DEFENDANT** therein named,
by delivering to, and leaving personally with
   **SUSAN DIECK, CLERK AUTHORIZED TO ACCEPT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
      SEX: **FEMALE**         COLOR: **WHITE**         HAIR: **BLACK**
      APP. AGE: **47**        APP. HT: **5:5**         APP. WT: **135**

OTHER IDENTIFYING FEATURES:

Sworn to before me this
18th  day of  December, 2007k


JOEL GOLUB                              TONY DONADIO
Notary Public, State of New York        AETNA  CENTRAL  JUDICIAL  SERVICES
   No.01G04751136                       225 BROADWAY, SUITE 1802
Qualified in NASSAU COUNTY              NEW YORK, NY, 10007
Commission Expires 12/31/2009           Reference No: 7MA798571

# United States District Court

SOUTHERN  DISTRICT OF  NEW YORK

R.C. and S.C., on behalf of R.C.,
Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:  07 CIV 9532

Carmel Central School District,
Defendant

TO: (Name and address of defendant)

Mr. Ronald Wilson, Superintendent of Schools
Carmel Central School District
81 South Street   P.O. Box 296
Patterson, NY 12563

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mayerson & Associates
Attn:  Gary S. Mayerson
330 West 38th Street, Suite 600
New York, New York  10580

**RECEIVED**

DEC 1 4 2007

CARMEL CENTRAL SCHOOL DISTRICT
CLERK, BOARD OF EDUCATION

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

OCT 2 5 2007

J. MICHAEL McMAHON
CLERK                                                        DATE

(BY) DEPUTY CLERK