UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

R.C. and S.C., on behalf of R.C.,

    Plaintiffs,

vs.

CARMEL CENTRAL SCHOOL DISTRICT

    Defendant.

Civil Action 07 CIV 9532 (GEL)

NOTICE OF MOTION TO
DISMISS THE COMPLAINT

---

**TO:** MAYERSON & ASSOCIATES
Attorneys for Plaintiffs
330 West 38th Street
New York, New York 10580

 PLEASE TAKE NOTICE that the defendant Carmel Central School District will move before the Hon. Gerald E. Lynch, U.S.D.J., at the Daniel Patrick Moynihan United States District Courthouse, 500 Pearl Street, New York, New York 10007 on February 1, 2008 at 9:00 a.m. of the forenoon of such day, or at such other time as the Court may determine, for an Order and Judgment granting said defendant a dismissal of the Complaint under Rule 12 (b)(6) of the Federal Rules of Civil Procedure, and granting said defendant such other and further relief as the Court may deem just and proper.

Dated: January 4, 2008

              SHAW, PERELSON, MAY & LAMBERT LLP
              Attorneys for Defendant Carmel Central School District

              By:_____/S_____
              Mark C. Rushfield, Esq. (MCR0231)
              Of Counsel
              40 So. Roberts Road
              Highland, New York 12528
              845/691-8100