# EXHIBIT C

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK



------------------------------------------------x
R.C. & S.C., on behalf of R.J.C.,
              Plaintiffs,

    -against-

Carmel Central School District,
              Defendant.
------------------------------------------------x

**06 CIVIL 05495 (CLB)**
**JUDGMENT**

    Whereas the above entitled action having been assigned to the Honorable Charles L. Brieant, U.S.D.J., and the Court thereafter on June 13, 2007, having handed down a Memorandum and Order (docket# 17) denying Plaintiffs' motions (docket #5 and #6) and dismissing the complaint without prejudice to pursue administrative remedies, it is,

    **ORDERED, ADJUDGED AND DECREED:** that the Plaintiffs' motions (docket #5 and #6) is denied and the complaint is dismissed without prejudice to pursue administrative remedies and the case is hereby closed.

DATED: White Plains, New York
           June 15, 2007

                          J. Michael McMahon
                          Clerk of Court

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: