

**Mayerson & Associates**
330 W. 38th Street, Suite 600
New York, New York 10018

mayerslaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/08
```

GARY S. MAYERSON *♦
CHRISTINA D. THIVIERGE *
RANDI M. ROTHBERG

* ALSO ADMITTED IN NEW JERSEY
♦ ALSO ADMITTED IN FLORIDA

TEL: 212.265.7200
FAX: 212.265.1735
E-MAIL: MAURICIO@MAYERSLAW.COM

January 11, 2008

**VIA ECF**

Hon. Gerard E. Lynch, U.S.D.J.
United States District Court
300 Quarropas Street
White Plains, New York 10601

    Re:    **R.C. and S.C., o/b/o R.C. v. Carmel Central School District**
           **07 CV 9532 (GEL)**

Dear Judge Lynch:

    As you are aware, our office represents the plaintiffs, R.C. and S.C., o/b/o R.C., in the above named matter. We would like to request a three-week extension of time to submit our Opposition to Defendant's Motion to Dismiss, changing the current deadline from January 14, 2008 to February 4, 2008. This is the first of such request. We contacted Mr. Rushfield, attorney for Camel Central School District, and he does not object to our request. Mr. Mayerson had a family member hospitalized this week and he is unable to finalize his papers at this time.

    Respectfully,

    *s/ Mauricio Bertone*
    Mauricio Bertone, Paralegal

Cc: Mark C. Rushfield, Esq (Via ECF)

**SO ORDERED**

*[signature]*
GERARD E. LYNCH, U.S.D.J.
1/14/08