UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

R.C., et al.,

                    Plaintiffs,

   -against-

CARMEL CENTRAL SCHOOL DISTRICT,

                    Defendant.

------------------------------------------------------------x

07 Civ. 9532 (GEL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08

GERARD E. LYNCH, District Judge:

    The Court having been informed that the parties have reached a settlement in principle of this case, it is hereby:

    ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

SO ORDERED:

Dated: New York, New York
       March 3, 2008

                                    _____
                                    GERARD E. LYNCH
                                    United States District Judge